# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRYAN L. BROYLES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 05-3445-WEB |
| ) | |
| DAVID R. McKUNE, ) | |
| El Dorado Correction Facility ) | |
| & ) | |
| PHILL KLINE, ) | |
| Kansas Attorney General, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM AND ORDER

Now before the Court is Petitioner's motion for a Certificate of Appealability (COA) pursuant to 28 U.S.C. § 2253. (Doc. 17); 28 U.S.C. § 2253. The Court has already ruled on this issue as it denied a COA in the order disposing of Petitioner's motion pursuant to 28 U.S.C. § 2254. For reasons set forth in the Court's October 27th memorandum and order, Petitioner has not met the burden required for a COA. (Doc. 13). As a result, Petitioner's motion is denied.

SO ORDERED this 17th day of November, 2006.

                                                 s/ Wesley E. Brown
                                                 Wesley E. Brown, Senior U.S. District Judge